Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Lioncrest Towers, LLC,*<br>*an Illinois limited liability company* | |

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Park Towers* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *36-4382810* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>*c\o North Street Properties*<br>*100 Field Drive, Suite 110*<br>*Lake Forest IL*      ZIPCODE *60045-1694* | Street Address of Joint Debtor (No. and Street, City, and State):<br>    ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business:    *Lake* | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>*SAME*     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):  *3901, 3905 & 3906 Tower Drive, Richton Park IL*    ZIPCODE *60471* |
|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☒ Other (if debtor is not one of the above entities, check this box and state type of entity below

*Limited Liability Company*

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                                                    FORM B1, Page  2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Lioncrest Towers, LLC,*<br>*an Illinois limited liability company* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*Highlands of Montour Run, LLC* | Case Number:<br>*10-21678* | Date Filed:<br>*5/12/2010* |
| District:<br>*Northern District of Illinois Eas* | Relationship:<br>*Affiliate* | Judge:<br>*Pamela S. Hollis* |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____   *8/17/2010*<br>   Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                  FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Lioncrest Towers, LLC,*<br>*an Illinois limited liability company* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

*8/17/2010*
(Date)

### Signature of Attorney*

**X** */s/ Richard H. Fimoff*
Signature of Attorney for Debtor(s)

*Richard H. Fimoff 804866*
Printed Name of Attorney for Debtor(s)

*Robbins Salomon & Patt Ltd*
Firm Name

*25 E Washington Street*
Address

*Suite 1000*

*Chicago IL  60602*

*312-782-9000*
Telephone Number

*8/17/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Ivan Djurin*
Signature of Authorized Individual

*Ivan Djurin*
Printed Name of Authorized Individual

*Managing Member*
Title of Authorized Individual

*8/17/2010*
Date

**ADDITIONAL PENDING BANKRUPTCY CASES FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| | | |
|---|---|---|
| Name of Debtor:<br>***Berkley Manor Apartments, L. P.*** | Case Number:<br>***09-41895*** | Date Filed:<br>***11/4/2009*** |
| District:<br>***Northern District of Illinois Eas*** | Relationship:<br>***Affiliate*** | Judge:<br>***Pamela S. Hollis*** |
| Name of Debtor:<br>***5650 North Sheridan Corporation*** | Case Number:<br>***10-34286*** | Date Filed:<br>***7/30/2010*** |
| District:<br>***Northern District of Illinois Eas*** | Relationship:<br>***Affiliate*** | Judge:<br>***Carol A. Doyle*** |
| Name of Debtor:<br>***Ventana Hills Associates, LLC*** | Case Number:<br>***09-41755*** | Date Filed:<br>***11/3/2009*** |
| District:<br>***Northern District of Illinois Eas*** | Relationship:<br>***Affiliate*** | Judge:<br>***Pamela S. Hollis*** |
| Name of Debtor:<br>***2241 Elkhorn Lexington, LLC*** | Case Number:<br>***10-34271*** | Date Filed:<br>***7/30/2010*** |
| District:<br>***Northern District of Illinois Eas*** | Relationship:<br>***Affiliate*** | Judge:<br>***Jacqueline P. Cox*** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern DIVISION

In re  *Lioncrest Towers, LLC*                                             Case No.
       *an Illinois limited liability company*                    Chapter  *11*
          *aka Park Towers*
_____ ,
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*HD Supply Facilities Maint.*<br>*PO Box 509058*<br>*San Diego CA  92150-9058* | Phone:<br>*HD Supply Facilities Maint.*<br>*PO Box 509058*<br>*San Diego CA  92150-9058* | | | $ 6,936.58 |
| 2<br>*ComEd*<br>*Bill Payment Center*<br>*Chicago IL  60668-0001* | Phone:<br>*ComEd*<br>*Bill Payment Center*<br>*Chicago IL  60668-0001* | | | $ 3,477.28 |
| 3<br>*Floor & Wall Carpet*<br>*75 Chancellor Drive*<br>*Roselle IL  60172* | Phone:<br>*Floor & Wall Carpet*<br>*75 Chancellor Drive*<br>*Roselle IL  60172* | | | $ 2,625.32 |
| 4<br>*Home Depot Credit Services*<br>*PO Box 6029*<br>*The Lakes NV  88901* | Phone:<br>*Home Depot Credit Services*<br>*PO Box 6029*<br>*The Lakes NV  88901* | | | $ 2,524.24 |
| 5<br>*Sears Commercial One*<br>*P. O. Box 689134*<br>*Des Moines IA  50368-9134* | Phone:<br>*Sears Commercial One*<br>*P. O. Box 689134*<br>*Des Moines IA  50368-9134* | | | $ 2,175.63 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Brickman Group Ltd.<br>4627 Elm Avenue<br>Brookfield IL  60513 | Phone:<br>Brickman Group Ltd.<br>4627 Elm Avenue<br>Brookfield IL  60513 | | | $ 2,096.00 |
| 7<br>Sheldon G. Perl<br>7101 N. Cicero Ave.<br>Suite 101<br>Lincolnwood IL  60712 | Phone:<br>Sheldon G. Perl<br>7101 N. Cicero Ave.<br>Suite 101<br>Lincolnwood IL  60712 | | | $ 2,078.00 |
| 8<br>Apartment Guide<br>Consumer Source, Inc.<br>P. O. Box 402039<br>Atlanta GA  30384-2039 | Phone:<br>Apartment Guide<br>Consumer Source, Inc.<br>P. O. Box 402039<br>Atlanta GA  30384-2039 | | | $ 1,860.00 |
| 9<br>Star A&J Disposal<br>20 South Street<br>Park Forest IL  60466-1291 | Phone:<br>Star A&J Disposal<br>20 South Street<br>Park Forest IL  60466-1291 | | | $ 1,740.03 |
| 10<br>Rent.com<br>Payment Center<br>Department 1987<br>Los Angeles CA  90084-1987 | Phone:<br>Rent.com<br>Payment Center<br>Department 1987<br>Los Angeles CA  90084-1987 | | | $ 1,556.00 |
| 11<br>Century Tile<br>747 E. Roosevelt Road<br>Lombard IL  60148 | Phone:<br>Century Tile<br>747 E. Roosevelt Road<br>Lombard IL  60148 | | | $ 1,533.81 |
| 12<br>For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago IL  60675-1705 | Phone:<br>For Rent Magazine<br>75 Remittance Drive, #1705<br>Chicago IL  60675-1705 | | | $ 1,472.00 |
| 13<br>Phase 2 Services<br>143 Briarwood North<br>Oak Brook IL  60523 | Phone:<br>Phase 2 Services<br>143 Briarwood North<br>Oak Brook IL  60523 | | | $ 1,353.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14 Ricoh Americas Corp-Leases Lease Administration Center P. O. Box 371992 Pittsburgh PA  15250-7992 | Phone: Ricoh Americas Corp-Leases Lease Administration Center P. O. Box 371992 Pittsburgh PA  15250-7992 | | | $ 915.87 |
| 15 Akzo Nobel Paints, LLC 21033 Network Place Chicago IL  60673-1210 | Phone: Akzo Nobel Paints, LLC 21033 Network Place Chicago IL  60673-1210 | | | $ 855.53 |
| 16 L & H Services Inc. 1140 Dixie Highway Suite 1 Beecher IL  60401 | Phone: L & H Services Inc. 1140 Dixie Highway Suite 1 Beecher IL  60401 | | | $ 794.78 |
| 17 TRI-STAR P. O. Box 338 New Lenox IL  60451 | Phone: TRI-STAR P. O. Box 338 New Lenox IL  60451 | | | $ 748.00 |
| 18 Village of Richton Park (Inspections) 4455 Sauk Trail Richton Park IL  60471 | Phone: Village of Richton Park (Inspections) 4455 Sauk Trail Richton Park IL  60471 | | | $ 550.00 |
| 19 PNC BANK CREDIT CARD P.O. BOX 856177 Louisville KY  40285 | Phone: PNC BANK CREDIT CARD P.O. BOX 856177 Louisville KY  40285 | | | $ 508.24 |
| 20 Chicago Land Communications P. O. Box 58659 Cincinnati OH  45258 | Phone: Chicago Land Communications P. O. Box 58659 Cincinnati OH  45258 | | | $ 479.00 |

                                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *Ivan Djurin* , *Managing Member* of the *Limited Liability Company* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *8/17/2010*           Signature *  /s/ Ivan Djurin  *
                                Name:  *Ivan Djurin*
                                Title: *Managing Member*