**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 36805 |
| | ) | |
| LIONCREST TOWERS, L.L.C, an | ) | Chapter 11 |
| Illinois limited liability company, | ) | |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO ROBBINS, SALOMON & PATT, LTD., ATTORNEYS FOR DEBTOR,
ALLOWANCE AND PAYMENT OF INTERIM APPLICATION FOR COMPENSATION**
[EOD # 90]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 30,299.00 | TOTAL COSTS REQUESTED: | $ 1,732.39 |
| TOTAL FEES REDUCED: | $    360.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 29,939.00 | TOTAL COSTS ALLOWED: | $ 1,732.39 |

**TOTAL FEES AND COSTS ALLOWED:   $ 31,671.39**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(5)   Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i).

IT IS SO ORDERED.

ENTERED:

Date: DEC 1 6 2010

_____
PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/20/10 | WAC | Email and telephone call with R. Krebs re: discovery schedule disclosures. | 0.10 |
| 09/20/10 | WAC | Discuss discovery schedule with R. Trizna. | 0.20 |
| 09/20/10 | WAC | Telephone conference with R. Trizna to review written discovery requests with I. Djurin. | 0.30 |
| 09/21/10 | RHF | Telephone conference with attorney for Wells Fargo Bank re discovery issues and scheduling, continued use of cash collateral and scheduling of continued hearing. | 0.60 |
| 09/21/10 | RHF | Revise appraiser engagement letter per Judge Squire's remarks. Obtain consent of appraiser to changes to engagement letter. | 0.70 |
| 09/21/10 | RHF | Office conference with Bill Castle and Bob Trizna re failure of settlement, preparation of discovery and discovery schedule, and scheduling of continued hearing. | 0.50 |
| 09/21/10 | RLG | Confer with Richard H. Fimoff re: analysis discussions with opposing counsel re: discovery, depositions, valuation and cash collateral issues and strategy going forward, confer with William A. Castle re: same. | 0.40 |
| 09/21/10 | WAC | Discuss status of written discover with R. Trizna. | 0.20 |
| 09/21/10 | WAC | Meet with R. Gayle and R. Fimoff to discuss status of discovery and strategy leading up to the hearing. | 0.10 |
| 09/22/10 | RHF | Prepare revised Exhibit to appraiser motion and notice of filing. | 0.30 |
| 09/22/10 | RLG | Confer with A. Djurin re: issues raised as a result of FTI's failure to review debtors books and records, confer with Richard H. Fimoff and Robert J. Trizna re: same. | 0.20 |
| 09/22/10 | WAC | Discuss and email with R. Trizna re: propounding written discovery in Lioncrest. | 0.10 |
| 09/23/10 | RLG | Confer with William A. Castle re: status of Wells Fargo's responses to our discovery demands. | 0.20 |
| 09/23/10 | WAC | Review status of written discovery propounded in Lioncrest. | 0.30 |
| 09/23/10 | WAC | Telephone call with R. Krebs re: status of written discovery and discuss with R. Trizna and e-mail with R. Gayle and R. Fimoff regarding same. | 0.40 |
| 09/24/10 | RHF | Prepare response to objection to employ appraiser. | 0.80 |
| 09/24/10 | RHF | Review of documents and responses to interrogatories of Wells Fargo. | 1.00 |
| 09/27/10 | JMT | Formatted and electronically filed Notice of Filing and Amended Exhibit A to Motion to Employ Appraiser. | 0.50 |
| 09/27/10 | RHF | Research re response to objection to employment of appraiser. | 0.70 |
| 09/27/10 | RLG | Review status of discovery and revised deposition dates re: Wells Fargo motion to terminate automatic stay. | 0.20 |
| 09/28/10 | JMT | Formatted and electronically filed Notice of Filing and Debtor's Response to Limited Objection of Wells Fargo Bank to Employment of Randall Dawson, as Appraiser. | 0.30 |
| 09/28/10 | RHF | Prepare response to objection to employ appraisser. | 1.80 |
| 09/28/10 | WAC | Email with R. Fimoff re: status of legal issues re: valuation and discuss the same. | 0.10 |
| 09/29/10 | RHF | Review revised budget and telephone conference with attorney for Well Fargo Bank re continued use of cash collateral and hearing on same. | 0.60 |
| 09/30/10 | RHF | Court appearance re continued use of cash collateral. | 0.50 |
| 10/05/10 | RHF | Communicate with attorney for Wells Fargo and accountant re approval of cash collateral budget. | 0.40 |
| 10/07/10 | RHF | Revise cash collateral budget and submit to R. Krebs for approval. | 0.40 |
| 10/11/10 | RHF | Communicate with attorney for Wells Fargo re final cash collateral budget and revise budget and submit budget and order to court. | 0.60 |
| 10/11/10 | RHF | Communicate with attorney for Wells Fargo re final cash collateral budget and revise budget. | 0.50 |

(5)

(-$225.00)

EXHIBIT C
FEE PETITION
LIONCREST TOWERS, LLC
INJUNCTION

| DATE | ATTY | DESCRIPTION | TIME |
|---|---|---|---|
| 09/22/10 | RHF | Conference with R. Trizna, R. Gayle, Steve Jakubowski re effect personal chapter 11 of Ivan Djurin will have on Debtor's case. | 0.30 |
| 09/22/10 | RHF | Conference with R. Trizna, R. Gayle and S. Jakubowski re: effect personal chapter 11 of Ivan Djurin will have on Debtor's case. | 0.30 |
| 10/15/10 | RHF | Preparation of injunction complaint | 1.20 |
| 10/19/10 | RHF | Complete injunction complaint | 0.50 |
| 10/22/10 | RHF | Preparation of motion for preliminary injunction | 1.50 |
| 10/25/10 | RHF | Final revisions to motion for preliminary injunction | 0.70 |
| 10/25/10 | RHF | Complete injunction complaint | 0.50 |
| 09/23/10 | RJT | Conference with R. Fimoff, R. Gayle and S. Jakubowski re effect personal chapter 11 of Ivan Djurin will have on Debtor's case. | 0.30 |
| 09/22/10 | RLG | Meeting with Mr. Jacubowski, Robert J. Trizna and Richard H. Fimoff to review and analyze strategy for possible settlement proposal and, in the alternative, the need for injuctive relief in order to complete a contest on the debtor's proposed plan of reorganization. | 0.30 |
| 10/18/10 | RLG | Study, review and revise Richard H. Fimoff's draft complaint for injunctive relief. | 0.50 |
| 10/19/10 | RLG | Review final draft of complaint for injunctive relief. | 0.10 |
| 10/11/10 | WAC | Review status of any mortgage foreclosure actions and draft R. Fimoff a memo re: the same. | 0.40 |
| 10/12/10 | WAC | Discuss with R. Fimoff and review case files for mortgage actions against client. | 0.20 |
| 10/12/10 | WAC | Continue drafting memo of foreclosure cases. | 0.30 |
| 10/13/10 | WAC | Continue review of docket online in Illinois chancery division and bankruptcy matter for foreclosure. | 0.40 |
| 10/13/10 | WAC | Amend draft of memo on status of foreclosures related to Lioncrest for R. Fimoff. | 0.20 |
| 10/25/10 | WAC | Discuss with R. Fimoff filing and service of adversarial complaint and motion for preliminary injunction. | 0.10 |
| 10/25/10 | WAC | Revise adversarial complaint per R. Fimoff. | 0.10 |
| 10/25/10 | WAC | Arrange for filing of adversarial complaint and motion for preliminary injunction and service of the same. | 0.30 |
| 10/25/10 | WAC | Legal research on local and bankruptcy rules re: filing and service of adversarial complaint. | 0.90 |
| 09/14/10 | WAC | Discuss lawsuit in state court for foreclosure with R. Gayle. | 0.10 |
| 10/06/10 | WAC | Discuss complaint for injunctive relief and memo on current status of Chapter 11. | 0.10 |
| 10/06/10 | WAC | Review complaint. | 0.30 |

(5)  (-$135.00)

| | |
|---|---|
| RHF | 5.00 |
| RJT | 0.30 |
| RLG | 0.90 |
| WAC | 3.40 |
| | 9.60 |